United States District Court
Southern District of Texas
**ENTERED**
March 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Alejandra Silveyra, *Plaintiff*, | § § § |
| v. | §  Civil Action No. 1:17-cv-00169 |
| | § § |
| Ally Financial, Inc., *Defendant*. | § § § |

### Final Judgment

On February 27th, 2018, the parties filed a Joint Stipulation of Dismissal with Prejudice. [Doc. No. 18]. This case is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

Signed this 2nd day of March, 2018.

Andrew S. Hanen
United States District Judge